**Motion Granted; Vacated and Remanded and Memorandum Opinion filed August 13, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00623-CV

---

### THE STATE OF TEXAS, Appellant

### V.

### CBS OUTDOOR INC., A DELAWARE CORPORATION, Appellee

---

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1016954**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 10, 2014. On July 15, 2015, appellant The State of Texas and appellee Outfront Media LLC (formerly CBS Outdoor, Inc.) ("Outfront") filed a motion to set aside the trial court's judgment with respect to Outfront without regard to the merits and remand the case with respect to Outfront for entry of judgment in accordance with the agreement of the parties.

On August 6, 2015, we ordered that portion of the appeal filed by The State of Texas with respect to Outfront SEVERED and filed under this appellate case number. We now grant the joint motion. *See* Tex. R. App. P. 42.1.

Accordingly, we vacate the judgment signed March 10, 2014, with respect to Outfront and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Christopher, Brown and Wise.